**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA** :

      **v.** : **Criminal No.** _____

_____ :

**ORDER**

AND NOW, this _____ day of _____, 2026, within ninety (90) days

from the date of this Order directing the return of a United States passport(s) to the U.S.

Department of State, the defendant may file a motion requesting that Fiscal return the passport to

the defendant or his counsel.  If after ninety (90) days no such motion has been filed, Fiscal shall

forward the passport to the U.S. Department of State unless it has been notified that the passport

is required for evidentiary purposes for another proceeding, in accordance with this Court's

Standing Order for Procedures for Handling Surrendered Passports, issued August 22, 2023.

IT IS SO ORDERED.

_____

_____
United States District Judge